IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OLIVER B. GIURASEVCI, | ) | Case No. 1:26-cv-1299 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| SECRETARY, UNITED STATES, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

On June 4, 2026, Plaintiff filed a complaint seeking an order from the Court compelling Defendants to perform their duties relating to the adjudication of Plaintiff's I-485 Application for Adjustment of Status. ECF Doc. 1. On June 18, 2026, after Defendants had been notified of the Complaint, the Court issued an order requiring Defendants to file a report indicating that Plaintiff's application had been processed or providing an explanation as to why it had not been processed. *See* June 18, 2026 non-doc order. On July 20, 2027, Defendants complied with the Court's order and filed a status report. The status report indicates that Plaintiff's I-485 application is being processed and Plaintiff is scheduled to have an interview with an immigration officer on July 24, 2026. Defendants further represent that "Plaintiff's application is being processed as quickly as possible given the large volume of applications pending before the USCIS." ECF Doc. 6.

Upon due consideration of Plaintiff's complaint and Defendant's status report, the Court finds that it has provided the relief requested by the Plaintiff — Defendants are processing

Plaintiff's I-485 application. Accordingly, the Court hereby DISMISSES Plaintiff's complaint without prejudice. IT IS SO ORDERED.

Dated: July 20, 2026

*s/Dan Aaron Polster*
United States District Judge